UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL C. FARLEY,

    Petitioner,

v.                                        Case No. 8:07-cv-1351-T-23EAJ

SECRETARY, Department of Corrections,

    Respondent.
_____/

## ORDER

Farley's petition for the writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. 1) was dismissed (Doc. 5) as premature. Farley's "Motion for Relief from Judgment" (Doc. 8) and "Motion to Toll Time" (Doc. 7), each of which seeks tolling of the federal statute of limitation while Farley exhausts his state court remedies, are **DENIED**. Section 2244(d)(2) tolls the federal statute of limitation while his state motion for post-conviction relief is pending.

ORDERED in Tampa, Florida, on September 11th, 2007.

                                                        Steven D. Merryday
                                                    UNITED STATES DISTRICT JUDGE